# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

**Fill in this information to identify your case:**

Debtor 1: Albert Gerald Torres
Name: First Middle Last

Debtor 2: _____
(Spouse, if filing) Name: First Middle Last

Case number: _____
(If known)

Check if this is an amended plan ☐
Amends plan dated: _____

# Chapter 13 Plan

## Part 1: Notices

**To Debtors:** This form sets out options that may be appropriate in some cases, but the presence of an option on the form does not indicate that the option is appropriate in your circumstances. Plans that do not comply with local rules, administrative orders, and judicial rulings may not be confirmable.

*In the following notice to creditors, you must check each box that applies. Your failure to check a box that applies renders that provision ineffective.*

**To Creditors:** Your rights may be affected by this plan. Your claim may be reduced, modified, or eliminated.

You should read this plan carefully and discuss it with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you oppose the plan's treatment of your claim or any provision of this plan, you or your attorney must file an objection to confirmation at least 7 days before the confirmation hearing, unless otherwise ordered. The Bankruptcy Court may confirm this plan without further notice if no objection to confirmation is made. See Bankruptcy Rule 3015. In addition, a proper proof of claim must be filed in order to be paid under this plan.

The following matters may be of particular importance to you. Debtor(s) must check each box that applies. Debtor(s)' failure to check a box that applies renders that provision ineffective.

- [x] **The plan seeks to limit the amount of a secured claim, as set out in Part 3, § 3.2, which may result in a partial payment or no payment at all to the secured creditor.**
- [ ] **The plan requests the avoidance of a judicial lien or nonpossessory, nonpurchase money security interest, as set out in Part 3, § 3.4.**
- [ ] **The plan sets out nonstandard provision(s) in Part 9.**

## Part 2: Plan Payments and Length of Plan

**2.1 Debtor(s) will make regular payments to the trustee as follows:**

$ 850.00 per month for 60 months

*Debtor(s) shall commence payments within thirty (30) days of the petition date.*

**2.2 Regular payments to the trustee will be made from future income in the following manner** *(check all that apply):*

- [ ] Debtor(s) will make payments pursuant to a payroll deduction. Debtor(s) request a payroll deduction be issued to:
  _____

- [x] Debtor(s) will make payments directly to the trustee.

- [ ] Other (specify method of payment) _____

**2.3 Income tax refunds and return**. *Check one.*

- [✓] Debtor(s) will retain any income tax refunds received during the plan term.
- [ ] Debtor(s) will supply the trustee with a copy of each income tax return filed during the plan term within 14 days of filing the return and will turn over to the trustee income tax refunds received during the plan term, if any.
- [ ] Debtor(s) will treat income tax refunds as follows:

- [ ] Debtor(s) believe they are not required to file income tax returns and do not expect to receive tax refunds during the plan term.

**2.4 Additional Payment**. *Check all that apply.*

- [✓] **None**. *If "None" is checked, the rest of § 2.4 need not be completed or reproduced.*

**2.5 Adequate Protection Payments.**

Any adequate protection payments shall be made as part of this plan; see Part 3 or Part 9 for details. The secured creditor must file a proof of claim in order to receive payment. Unless otherwise ordered, adequate protection payments through the trustee shall be made as funds are available after the proof of claim is properly filed.

## Part 3: Treatment of Secured Claims

**3.1 Maintenance of payments and cure of defaults, if any, on long-term secured debts.** *Check one.*

- [ ] **None**. *If "None" is checked, the rest of § 3.1 need not be completed or reproduced.*
- [✓] Debtor(s) or trustee will maintain the current contractual installment payments on the secured claims listed below. These payments will be disbursed either by the trustee or paid directly by Debtor(s), as specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the trustee. Unless otherwise ordered, the amounts listed on a proof of claim, amended proof of claim, or notice of payment change control over any contrary amounts listed below as to the estimated amount of the creditor's total claim, current installment payment, and arrearage.

| Name of Creditor | Collateral | Estimated Amount of Creditor's Total Claim | Current Installment Payment (including escrow) | Amount of Arrearage (if any) | Months Included in Arrearage | Monthly Fixed Payment on Arrearage | Monthly Fixed Payment on Arrearage to Begin |
|---|---|---|---|---|---|---|---|
| Shell Point Mortgage | Primary Residence 23280 Wales St., Elkmont, AL | $206,445.00 | $1,287.00 Disbursed by: Debtor(s) To begin: 8/1/2019 | $2,574.00 | 2 | $65.00 | |

**3.2 Request for valuation of security, claim modification, and hearing on valuation.** *Check one.*

- [ ] **None**. *If "None" is checked, the rest of § 3.2 need not be completed or reproduced.*

**The rest of § 3.2 will be effective only if the applicable box in Part 1 of this plan is checked.**

☑ Debtor(s) request that the court determine the value(s) of the collateral and the amount(s) of the secured claim(s) listed below. For each nongovernmental secured claim listed below, Debtor(s) state that the amount of the secured claim should be the *lesser* of (a) the amount of the secured claim listed on the creditor's proof of claim and (b) the amount set out in the column headed *Amount of Secured Claim*. For each listed claim, the amount of the secured claim will be paid in full with interest at the rate stated below. *If a nongovernmental creditor timely objects to the proposed value of the creditor's collateral or the proposed amount of the creditor's secured claim, the confirmation hearing shall include a valuation hearing pursuant to 11 U.S.C. § 506 and Bankruptcy Rule 3012 unless otherwise ordered. If a nongovernmental creditor whose claim is listed below fails to timely object, the creditor shall be deemed to have accepted the amount and treatment of the creditor's secured claim as set forth below.*

For nongovernmental creditors, unless otherwise provided by this plan or otherwise ordered, the portion of any allowed claim that exceeds the amount of the secured claim listed below will be treated as an unsecured claim under Part 5 of this plan, and, if the amount of a creditor's secured claim is listed below as having a value of zero, the creditor's allowed claim will be treated in its entirety as an unsecured claim under Part 5 of this plan. For nongovernmental creditors, unless otherwise ordered, the amount of the creditor's total claim listed on the proof of claim or amended proof of claim controls over any contrary amounts listed below, but the amount of that creditor's secured claim, the value of the collateral, and the interest rate are controlled by the plan.

The holder of any claim listed below as having value in the column headed *Amount of Secured Claim* will retain the lien until the earlier of:

    (a)  payment of the underlying debt determined under nonbankruptcy law, or

    (b)  discharge under 11 U.S.C. § 1328(a), at which time the lien will terminate and be released by the creditor.

For secured claims of governmental units, unless otherwise ordered, the value of a secured claim listed in a proof of claim filed in accordance with the Bankruptcy Rules controls over any contrary amount listed below.

| Name of Creditor | Monthly Adequate Protection Payment | Estimated Amount of Creditor's Total Claim | Collateral | Value of Collateral | Amount of Secured Claim | Interest Rate | Monthly Fixed Payment to Creditor | Monthly Fixed Payment to Begin |
|---|---|---|---|---|---|---|---|---|
| One Main Financial | $135.00 | $15,202.00 | 2009 Ford F250 | $13,500.00 | $13,500.00 | 5.25 % | $295.00 | |
| Ally Financial | $165.00 | $29,415.00 | 2016 Nissan Pathfinder | $16,510.00 | $16,510.00 | 5.25 % | $350.00 | |
| First Federal Bank | $175.00 | $57,824.00 | 2008 Merhew Industries Perf Horse Trailer | $13,150.65 | $17,534.00 | 5.25 % | $375.00 | |

**3.3  Secured claims excluded from 11 U.S.C. § 506 and fully secured claims.** *Check one.*

    ☑  **None**. *If "None" is checked, the rest of § 3.3 need not be completed or reproduced.*

**3.4  Section 522(f) judicial lien and nonpossessory, nonpurchase money ("Non-PPM") security interest avoidance.** *Check all that apply.*

    ☑  **None**. *If "None" is checked, the rest of § 3.4 need not be completed or reproduced.*

Debtor(s): Albert Gerald Torres   Case number: _____   Eff (01/01/2019)

**3.5 Surrender of collateral.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 3.5 need not be completed or reproduced.*

## Part 4: Treatment of Fees and Priority Claims

**4.1 General.**

Trustee's fees will be paid in full. Except as set forth in § 4.5, allowed priority claims also will be paid in full, without interest.

**4.2 Chapter 13 case filing fee.** *Check one.*

☑ Debtor(s) intend to pay the Chapter 13 case filing fee through the plan.

☐ Debtor(s) intend to pay the Chapter 13 case filing fee directly to the Clerk of Court.

**4.3 Attorney's fees.**

The total fee requested by Debtor(s)' attorney is $ 3,500.00. The amount of the attorney fee paid prepetition is $ 500.00.

The balance of the fee owed to Debtor(s)' attorney is $ 3,000.00, payable as follows (*check one*):

☐ $ _____ at confirmation and $ _____ per month thereafter until paid in full, or

☐ in accordance with any applicable administrative order regarding fees entered in the division where the case is pending.

**4.4 Priority claims other than attorney's fees and domestic support obligations.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 4.4 need not be completed or reproduced.*

**4.5 Domestic support obligations.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 4.5 need not be completed or reproduced.*

## Part 5: Treatment of Nonpriority Unsecured Claims

**5.1 Nonpriority unsecured claims not separately classified.**

Allowed nonpriority unsecured claims that are not separately classified will be paid pro rata.

**5.2 Percentage, Base, or Pot Plan.** *Check one.*

☐ 100% Repayment Plan. This plan proposes to pay 100% of each allowed nonpriority unsecured claim.

☐ Percentage Plan. This plan proposes to pay _____ % of each allowed nonpriority unsecured claim.

☐ Pot Plan. This plan proposes to pay $ _____, distributed pro rata to holders of allowed nonpriority unsecured claims.

☑ Base Plan. This plan proposes to pay $ 51,000.00 to the trustee (plus any tax refunds, lawsuit proceeds, or additional payments pursuant to §§ 2.3 and 2.4). Holders of allowed nonpriority unsecured claims will receive the funds remaining, if any, after disbursements have been made to all other creditors provided for in this plan.

**5.3 Interest on allowed nonpriority unsecured claims not separately classified.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 5.3 need not be completed or reproduced.*

**5.4 Maintenance of payments and cure of any default on long-term nonpriority unsecured claims.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 5.4 need not be completed or reproduced.*

**5.5 Other separately classified nonpriority unsecured claims.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 5.5 need not be completed or reproduced.*

## Part 6:  Executory Contracts and Unexpired Leases

**6.1 The executory contracts and unexpired leases listed below are assumed, will be treated as specified, and any defaults cured.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 6.1 need not be completed or reproduced.*

**6.2 The executory contracts and unexpired leases listed below are rejected.** *Check one.*

☑ **None**. *If "None" is checked, the rest of § 6.2 need not be completed or reproduced.*

## Part 7:  Sequence of Payments

**7.1 Unless otherwise ordered, the trustee will make the monthly payments required in Parts 3 through 6 in the sequence of payments set forth in the administrative order for the division in which this case is pending.**

## Part 8:  Vesting of Property of Estate

**8.1 Property of the estate will vest in Debtor(s)** (*check one*):

☑ Upon plan confirmation.

☐ Upon entry of Discharge.

## Part 9:  Nonstandard Plan Provisions

☑ **None**. *If "None" is checked, the rest of Part 9 need not be completed or reproduced.*

| Debtor(s): Albert Gerald Torres | Case number: | Eff (01/01/2019) |

## Part 10: Signatures

**Signature(s) of Debtor(s) (***required***):**

✗  /s/ Albert Gerald Torres          Date  6/28/2019

✗                                    Date

**Signature of Attorney for Debtor(s):**   ✗  /s/ Joseph G. Pleva          Date  6/28/2019

Name/Address/Telephone/Attorney for Debtor(s):

Joseph G. Pleva
Attorney for Debtor
3330 L and N Dr., Suite C
Huntsville, AL 35803

**By filing this document, Debtor(s), if not represented by an attorney, or the Attorney for Debtor(s) certif(ies) that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in this district's Local Form, other than any nonstandard provisions included in Part 9.**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:  
**Albert Gerald Torres**

_____/

Case No.: 19-81    -CRJ13  
Chapter: 13  
Judge: Jessup

## AFFIDAVIT

I, Albert Torres Debtor in the above referenced case do hereby declare under penalty of perjury:

1. I am the owner of a 2009 Ford Superduty F-250 SRW (VIN# 1FTSW21R28EA32799)

2. This vehicle is used as my personal vehicle

3. This vehicle has been driven for approximately 200000 miles as of the time of filing of the present case

4. I believe that this vehicle is in good condition.

5. I have reviewed an NADA valuation, and I believe that the vehicle is worth approximately $13000 - 14000.

Date: 6/28/2019    Signature: _____

CRISTA .MEEKS  
Notary Public  
Alabama State at Large

My Commission Expires  
August 24, 2020

 NADAguides Value Report 6/18/2019

# 2009 Ford Super Duty F-250 SRW

Crew Cab Lariat 2WD

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $9,425 | $10,825 | $11,975 | $15,100 |
| Mileage (0) | N/A | N/A | N/A | N/A |
| Total Base Price | $9,425 | $10,825 | $11,975 | $15,100 |
| **Options** (add) | | | | |
| **Price + Options** | **$9,425** | **$10,825** | **$11,975** | **$15,100** |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

### Popular Ford Models

Ford Edge
Ford F-150
Ford Super Duty F-250 SRW
Ford Mustang
Ford Explorer
Ford Escape
Ford Super Duty F-350 SRW
Ford Fusion

### Popular Ford Vehicles

2019 Ford Edge
2019 Ford F-150
2019 Ford Super Duty F-250 SR...
2019 Ford Mustang
2019 Ford Ranger
2018 Ford F-150
2018 Ford Super Duty F-250 SR...
2018 Ford Mustang

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:  
    **Albert Gerald Torres**

_____/

Case No.: 19-81 -CRJ13  
Chapter: 13  
Judge: Jessup

## AFFIDAVIT

I, Albert Torres, Debtor in the above referenced case do hereby declare under penalty of perjury:

1. I am the owner of a 2016 Nissan Pathfinder (VIN# 5NAR2MN1GC6615898)

2. This vehicle is used as my personal vehicle

3. This vehicle has been driven for approximately 102000 miles as of the time of filing of the present case

4. I believe that this vehicle is in good condition.

5. I have reviewed an NADA valuation, and I believe that the vehicle is worth approximately $16000 -17000.

Date: 6/28/2019       Signature: _Albert G Torres_

_Crista Meeks_

CRISTA MEEKS  
Notary Public  
Alabama State at Large

My Commission Expires  
August 24, 2020

# 2016 Nissan Pathfinder

Utility 4D SV 2WD V6

## Values

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $13,625 | $14,925 | $15,975 | $19,375 |
| Mileage (102,000) | -$2,925 | -$2,925 | -$2,925 | -$2,925 |
| Total Base Price | $10,700 | $12,000 | $13,050 | $16,450 |
| **Options** (add) | | | | |
| **Price + Options** | **$10,700** | **$12,000** | **$13,050** | **$16,450** |
| Certified Pre-Owned (CPO) | | | | +$1,300 |
| **Certified Price with Options** | | | | **$17,750** |

**Rough Trade-In** - Rough Trade-in values reflect a vehicle in rough condition. Meaning a vehicle with significant mechanical defects requiring repairs in order to restore reasonable running condition. Paint, body and wheel surfaces have considerable damage to their finish, which may include dull or faded (oxidized) paint, small to medium size dents, frame damage, rust or obvious signs of previous repairs. Interior reflects above average wear with inoperable equipment, damaged or missing trim and heavily soiled /permanent imperfections on the headliner, carpet, and upholstery. Vehicle may have a branded title and un-true mileage. Vehicle will need substantial reconditioning and repair to be made ready for resale. Some existing issues may be difficult to restore. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Average Trade-In** - The Average Trade-In values on nadaguides.com are meant to reflect a vehicle in average condition. A vehicle that is mechanically sound but may require some repairs/servicing to pass all necessary inspections; Paint, body and wheel surfaces have moderate imperfections and an average finish and shine which can be improved with restorative repair; Interior reflects some soiling and wear in relation to vehicle age, with all equipment operable or requiring minimal effort to make operable; Clean title history; Vehicle will need a fair degree of reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of nadaguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Trade-In** - Clean Trade-In values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Vehicle will need minimal reconditioning to be made ready for resale. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition.

**Clean Retail** - Clean Retail values reflect a vehicle in clean condition. This means a vehicle with no mechanical defects and passes all necessary inspections with ease. Paint, body and wheels have minor surface scratching with a high gloss finish and shine. Interior reflects minimal soiling and wear with all equipment in complete working order. Vehicle has a clean title history. Because individual vehicle condition varies greatly, users of NADAguides.com may need to make independent adjustments for actual vehicle condition. Note: Vehicles with low mileage that are in exceptionally good condition and/or include a manufacturer certification can be worth a significantly higher value than the Clean Retail price shown.

| Popular Nissan Models | Popular Nissan Vehicles | Car Shopping Guides | Cars By Price |
|---|---|---|---|
| Nissan Rogue | 2019 Nissan Altima | 10 Most Popular Midsize SUVs an… | Under $15,000 |
| Nissan Altima | 2019 Nissan Rogue | Most Reliable Crossovers and SU… | $15,000 - $25,000 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

In Re:　　　　　　　　　　　　　　　　　　　　　Case No.:　19-81　-CRJ13
**Albert Gerald Torres**　　　　　　　　　　　　　Chapter:　13
　　　　　　　　　　　　　　　　　　　　　　　　　Judge:　　Jessup

_____/

## AFFIDAVIT

I, Albert Torres Debtor in the above referenced case do hereby declare under penalty of perjury:

1. I am the owner of a 2008 Merhow Industries Horse Trailer.

2. This vehicle is used to transport my horses that I rent out to festivals and rodeos.

3. I believe that this vehicle is in good condition.

4. I have reviewed an valuation from the Horse Trailer Blue Book, an industry respected appraisal guide for horse trailers, and based on their valuation and the condition of my trailer, I believe that it is worth between approximately $13150.65 - $17534.20.

Date: 6/28/2019　　　　Signature: _____

CRISTA .MEEKS
Notary Public
Alabama State at Large

My Commission Expires
August 24, 2020

Case 19-81962-CRJ13　Doc 6　Filed 06/28/19　Entered 06/28/19 14:07:53　Desc Main
Document　Page 11 of 14



» Home    » All Trailers    » Search    » Saved Projects    » Profile    » Log off    » FAQ    » Contact Us    » Glossary

## 2008 Merhow Industries

### Verylite Perf Horse- 2H

⌕ Company details available

Blue book value

Base price : MSRP $9,991.32
AVG RETAIL $7,692.28
WHOLESALE $5,769.21

Options : $9,841.92

Total price : MSRP $19,833.24
AVG RETAIL $17,534.20
WHOLESALE $13,150.65

Save

**Options (Click to expand)**

General Options

**Factory Living Quarter Packages**

To obtain value, the following packages should have the components listed or upgraded components. Components must be installed and in working order.

☐ **3-4' Short Wall Package** - Includes: lined & insulated walls, & ceiling, carpeted or lined floor, window shades, 30-35amp power converter, 30-35 amp panel and shoreline cord, 12V battery & box, 12 volt dome light, (1)110V receptacle, 14' roof vent, two 24-26"x19-20" windows, 2.4 cu. ft. refrigerator, 30 gal fresh water tank, 35 gal. holding tank, 12 volt on demand water pump, 6 gal water heater, 20# propane tank, single sink, stool, shower w/ curtain, fire extinguisher, toilet paper dispenser, LP gas leak detector, carbon monoxide detector, full size matress, carpeted boot box, pedestal table, laminated counter top, A/C reinforcement & wired readied, simulated wood closet, and overhead cabinet in gooseneck area.

☐ **3-4' Oak in lieu of simulated wood.**

☐ **8-9' Short Wall Package** - Includes components from 3-4' package plus; Smoke alarm, hood range w/ light, two burner cook top, microwave, am/fm radio, cd player, 2 speakers, antenna, 2 outdoor speakers, RV tv antenna & jack w/ 12V booster, tv shelf & bracket, 36-40" dinette w/ table in ILO of pedestal table, 50-60"x20-24" window, (4)110V receptacles, 12V patio light, 13,500 BTU A/C w/110V heat strip, towel bars, full length mirror, simulated wood kitchen cabinets, & drawers.

☐ **8-9' Oak in lieu of simulated wood**

☐ **10-12' Short Wall Package** - Includes components from 3-4' & 8-9' packages plus; 45 amp power ILO 30-35 amp, double 20# propane tank ILO of single w/ mounted auto changeover regulator, queen size matress ILO full size, 36"x28" shower stall w/ bifold door, medicine cabinet w/ mirrored door, 3 light 12V vanity w/ sink, 20,000 BTU RV furnace ILO 110V heat strip.

☐ **10-12' Oak in lieu of simulated wood**

☑ **13-15' Short Wall Package** - Includes components from 3-4' & 8-9' & 10-12'

☐ **13-15' Oak in lieu of simulated wood**

**Note:** Deduct 40% value from LQ Package if not third party approved (RVIA, T.R. Arnold, etc.)

**Note:** These packages represent the most common packages available. The customization beyond the above packages may differ in value.

\* Price per linear foot
\*\* Price per square foot

ILO= In Lieu of, BP= Bumper Pull, GN= Gooseneck, LQ=Living Quarters.

**Custom Living Quarter Packages**

**Note:** Deduct 40% value from LQ Package if not third party approved (RVIA, T.R. Arnold, etc.)

**Note:** These packages represent the most common packages available. The

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA

IN RE: Albert Gerald Torres  CASE NO. 19-81

Debtor.

**CERTIFICATE OF SERVICE OF CHAPTER 13 PLAN CONTAINING VALUATION, LIEN AVOIDANCE, § 1301 CO-DEBTOR STAY RELIEF, OR CONTAINING A NONSTANDARD PROVISION REQUIRING RULE 7004 SERVICE**

Debtor(s)' chapter 13 plan dated 6/28/2019 (Doc. 5) (check all that all apply):

☒ seeks to value collateral and cram down one or more secured claims in Part 3.2

☐ seeks to avoid one or more liens in part 3.4

☐ requests termination of the § 1301 co-debtor stay in Part 3.5

☐ contains a nonstandard provision requiring Rule 7004 service

In accordance with Local Rule 3015-1(c), I certify that the creditors whose claims are affected have been served as follows:

| Creditor Name and Address (If the creditor is an entity other than an Insured Depository Institution ("IDI")*, identify, by name and title, the officer, managing agent, general agent, or other agent authorized to receive process to whose attention service was made. If the entity is an IDI, identify, by name and title, the officer to whose attention service was made via certified mail.) | Method of Service |
|---|---|
| Carri Newman, Bankruptcy Agent<br>Ally Servicing, LLC<br>4000 Lexington Ave., N Suite 1100<br>Shoreview, MN 55126 | ☒ First Class Mail<br>☐ Certified Mail No. |
| Kelly L. Hay, Bankruptcy Specialist<br>One Main Financial<br>P.O. Box 3251<br>Evansville, IN 47731-3251 | ☒ First Class Mail<br>☐ Certified Mail No. |
| First Federal Bank<br>601 South Clinton St.<br>P.O. Box 248<br>Defiance, OH 43512 | ☒ First Class Mail<br>☐ Certified Mail No. |

*Most IDIs are banks, credit unions, or savings & loan associations.

In accordance with Local Rule 3015-1(c), I certify that the § 1301 co-debtor(s) who are subject to the termination of the § 1301 co-debtor stay have been served via First Class U.S. Mail as follows:

| Name and Address | Creditor | Collateral |
|---|---|---|
|  |  |  |

Under penalty of perjury, I declare that the foregoing is true and correct.

6/28/2019  /s/ Joseph G. Pleva
Date  Signature of Attorney for Debtor(s) or pro se Debtor(s)

Local Form Number LR 3015-1(c) (01/19)

Name/Address/Telephone/Email

Joseph G. Pleva
Attorney for Debtor
3330 L and N Dr., Suite C
Huntsville, AL 35801
256-617-7115