# Social Security Administration

| | |
|---|---|
| ALBERT G TORRES | Date: June 22, 2019 |
| 23280 WALES ST | BNC: 19BI314D88628 |
| ELKMONT AL 35620-3859 | REF: A |

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

**Information About Current Social Security Benefits**

Beginning December 2018, the full monthly Social Security benefit before any deductions is $2,654.00.

We deduct $135.50 for medical insurance premiums each month.

The regular monthly Social Security payment is $2,518.00.
(We must round down to the whole dollar.)

Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

Your Social Security benefits are paid on or about the second Wednesday of each month.

**Information About Past Social Security Benefits**

From January 2018 to November 2018, the full monthly Social Security benefit before any deductions was $2,581.80.

We deducted $134.00 for medical insurance premiums each month.

The regular monthly Social Security payment was $2,447.00.
(We must round down to the whole dollar.)

**Type of Social Security Benefit Information**

You are entitled to monthly retirement benefits.

**Date of Birth Information**

The date of birth shown on our records is August 01, 1950.

**Medicare Information**

You are entitled to hospital insurance under Medicare beginning July 2015.
You are entitled to medical insurance under Medicare beginning July 2015.

Your Medicare number is 3Y45-EE3-HT67. You may use this number to get medical services while waiting for your Medicare card.

If you have any questions, please log onto http://Medicare.gov/, or call 1-800-MEDICARE (1-800-633-4227).

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our web site at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local office at 888-289-9185. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 717 MCGLATHERY LN SE
> DECATUR, AL 35601

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

*Social Security Administration*

# RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| Jun 20, 2019 | JUL 01, 2019 | ***-**-7471 |

**PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES**

CPT ALBERT G TORRES USA RET
23280 WALES ST
ELKMONT AL 35620-3859

**DFAS-CL POINTS OF CONTACT**

Defense Finance and Accounting Service
US Military Retirement Pay
8899 E 56th Street
Indianapolis, IN 46249-1200

COMMERCIAL (216) 522-5955
TOLL FREE 1-800-321-1080
TOLL FREE FAX 1-800-469-6559

myPay
https://myPay.dfas.mil

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| GROSS PAY | .00 | 3,002.00 | FITW | .00 | 112.23 |
| SBP COSTS | .00 | 196.70 | ALLOTMENTS | .00 | 807.75 |
| TAXABLE INCOME | .00 | 2,805.30 | | | |
| | | | NET PAY | | 1,885.32 |

## PAYMENT ADDRESS

DIRECT DEPOSIT

## YEAR TO DATE SUMMARY (FOR INFORMATION ONLY)

| | |
|---|---|
| TAXABLE INCOME: | 16,831.80 |
| FEDERAL INCOME TAX WITHHELD: | 673.38 |

## TAXES

| | |
|---|---|
| FEDERAL WITHHOLDING STATUS: | MARRIED |
| TOTAL EXEMPTIONS: | 02 |
| FEDERAL INCOME TAX WITHHELD: | 112.23 |

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

| | | | |
|---|---|---|---|
| SBP COVERAGE TYPE: | SPOUSE ONLY | ANNUITY BASE AMOUNT: | 3,026.12 |
| SPOUSE ONLY COST: | 196.70 | | |
| | | SPOUSE DOB: | AUG 16, 1954 |

**THE ANNUITY PAYABLE IS 55% OF YOUR ANNUITY BASE AMOUNT WHICH IS 1,664.37
YOU HAVE PAID 356 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU
HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE
TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.**

DFAS-CL 7220/148 (Rev 03-01)

## ALLOTMENTS AND BONDS

| ALLOTMENT TYPE | Payee | Amount |
|---|---|---|
| MISC DISCRETIONARY | REDSTONE FEDER | 600.00 |
| INSURANCE | TRICARE PRIME - E | 24.75 |

## ARREARS OF PAY BENEFICIARY INFORMATION

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| GAIL JOHNSON TORRES | 100.00 | WIFE |

## MESSAGE SECTION

Beneficiaries now have access to a more complete health record!  TRICARE Online Patient
Portal (www.TRICAREOnline.com) has a new look and recently added two features.
***
Encounter (Open) Notes and Documents allows you to view provider notes from clinic
visits and scanned documents from external consults.  You can also manage MTF appoint-
ments, request refills, view/download Health Records and receive appointment reminders.
***
THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT
AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND
ALLOTMENT INFORMATION REGULARLY. FOR MORE INFORMATION ABOUT RETIRED PAY GO TO
http://www.dfas.mil/dfas/retiredmilitary.htm

DFAS-CL 7220/148 (Rev 03-01)

# RETIREE ACCOUNT STATEMENT

| STATEMENT EFFECTIVE DATE | NEW PAY DUE AS OF | SSN |
|---|---|---|
| Apr 22, 2019 | MAY 01, 2019 | ***-**-7471 |

**PLEASE REMEMBER TO NOTIFY DFAS IF YOUR ADDRESS CHANGES**

CPT ALBERT G TORRES USA RET
23280 WALES ST
ELKMONT AL  35620-3859

**DFAS-CL POINTS OF CONTACT**

**Defense Finance and Accounting Service**
**US Military Retirement Pay**
**8899 E 56th Street**
**Indianapolis, IN 46249-1200**

**COMMERCIAL (216) 522-5955**
**TOLL FREE 1-800-321-1080**
**TOLL FREE FAX 1-800-469-6559**

**myPay**
**https://myPay.dfas.mil**

## PAY ITEM DESCRIPTION

| ITEM | OLD | NEW | ITEM | OLD | NEW |
|---|---|---|---|---|---|
| **GROSS PAY** | .00 | 3,002.00 | **FITW** | .00 | 112.23 |
| **SBP COSTS** | .00 | 196.70 | **ALLOTMENTS** | .00 | 807.75 |
| **TAXABLE INCOME** | .00 | 2,805.30 | | | |
| | | | **NET PAY** | | 1,885.32 |

## PAYMENT ADDRESS

DIRECT DEPOSIT

## YEAR TO DATE SUMMARY (FOR INFORMATION ONLY)

| TAXABLE INCOME: | 11,221.20 |
|---|---|
| FEDERAL INCOME TAX WITHHELD: | 448.92 |

## TAXES

| **FEDERAL WITHHOLDING STATUS:** | MARRIED |
|---|---|
| **TOTAL EXEMPTIONS:** | 02 |
| **FEDERAL INCOME TAX WITHHELD:** | 112.23 |

## SURVIVOR BENEFIT PLAN (SBP) COVERAGE

| **SBP COVERAGE TYPE:** | SPOUSE ONLY | **ANNUITY BASE AMOUNT:** | 3,026.12 |
|---|---|---|---|
| **SPOUSE ONLY COST:** | 196.70 | | |
| | | **SPOUSE DOB:** | AUG 16, 1954 |

**THE ANNUITY PAYABLE IS 55% OF YOUR ANNUITY BASE AMOUNT WHICH IS  1,664.37**
**YOU HAVE PAID 354 MONTHS TOWARD YOUR 360 MONTHS OF PAID UP RC/SBP COVERAGE. ONCE YOU HAVE PAID AT LEAST 360 MONTHS TOWARD YOUR COVERAGE AND TURN AGE 70, YOUR COSTS WILL BE TERMINATED BUT YOUR COVERAGE WILL REMAIN ACTIVE.**

DFAS-CL 7220/148 (Rev 03-01)

## ALLOTMENTS AND BONDS

| ALLOTMENT TYPE | Payee | Amount |
|---|---|---|
| MISC DISCRETIONARY | REDSTONE FEDER | 600.00 |
| INSURANCE | TRICARE PRIME - E | 24.75 |

## ARREARS OF PAY BENEFICIARY INFORMATION

THE FOLLOWING BENEFICIARIES ARE ON RECORD:

| NAME | SHARE | RELATIONSHIP |
|---|---|---|
| GAIL JOHNSON TORRES | 100.00 | WIFE |

## MESSAGE SECTION

TRICARE RETIREE DENTAL PROGRAM ENDS 31 DEC. YOU'RE ELIGIBLE TO ENROLL IN FEDERAL EMPLOYEE DENTAL AND VISION INSURANCE PROGRAM AT TRICARE.BENEFEDS.COM.
***
YOU MUST ENROLL DURING OPEN SEASON, 12 NOV-10 DEC TO HAVE DENTAL AND/OR VISION INSURANCE BEGINNING 1 JAN 2019.
***
Beneficiaries now have access to a more complete health record!  TRICARE Online Patient Portal (www.TRICAREOnline.com) has a new look and recently added two features.
***
Encounter (Open) Notes and Documents allows you to view provider notes from clinic visits and scanned documents from external consults.  You can also manage MTF appointments, request refills, view/download Health Records and receive appointment reminders.
***
THIS IS YOUR MONTHLY RETIREE ACCOUNT STATEMENT. IT SUMMARIZES THE STATE OF YOUR ACCOUNT AS OF THE DATE SHOWN. PLEASE REVIEW YOUR ADDRESS, BANKING, BENEFICIARY, PAY AND ALLOTMENT INFORMATION REGULARLY. FOR MORE INFORMATION ABOUT RETIRED PAY GO TO http://www.dfas.mil/dfas/retiredmilitary.htm

DFAS-CL 7220/148 (Rev 03-01)