# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

In Re:

**Albert Gerald Torres**

_____/

Case No.:     19-81962 -CRJ13
Chapter:      13
Judge:        Jessup

## MOTION FOR RECONSIDERATION PURSUANT TO FED R. BANKR. P 9014 OF THIS HONORABLE COURT'S July 18, 2019 ORDER DISMISSING CASE

NOW COMES, Debtor Albert Gerald Torres, by and through their attorney, **Joseph G. Pleva,** and motions this Honorable Court for entry of an Order Reinstating Debtor's Chapter 13 Bankruptcy and in support, thereof state as follows:

1.  Debtors filed a petition for relief under Chapter 13 of the Bankruptcy Code on June 28, 2019.

2.  The present case was dismissed on July 18, 2019 for failure to comply with Federal Rule of Bankruptcy Procedure 1007.  Namely that the Employee Income Records of debtor were not filed along with the initial filing documents.

3.  Debtor admits that the employee income records were not filed at the time of the original filing.  They were provided by debtor prior to filing but were inadvertently not uploaded by Debtor's counsel when the case was filed on June 28, 2019.

4.  Said records were emailed to the Trustee on July 5 and have now been filed with the court.

5.  Debtor believes that in the interest of equity, the dismissal order entered on July 17, 2019 shall be reconsidered and debtor's Chapter 13 case should be reinstated.

**WHEREFORE** Debtor prays this Honorable Court Reconsider its Order Dismissing Case and enter and enter and Order Reinstating Debtor's Chapter 13 proceedings.

Date:   August 9, 2019

/s/ Joseph G. Pleva
Joseph G. Pleva
Attorney for Debtor
3330 L and N. Ave., Suite C
Huntsville, AL 35801
256-617-7115
plevalaw@gmail.com

## PROOF OF SERVICE

Joseph G. Pleva, deposes and says that on Friday, August 9, 2019, he served a copy of **MOTION FOR RECONSIDERATION PURSUANT TO FED R. BANKR. P 9014 OF THIS HONORABLE COURT'S July 18, 2019 ORDER DISMISSING CASE AND THIS PROOF OF SERVICE** in the above-captioned case upon the following ECF recipients by electronic transmission.

Michele T. Hatcher, Chapter 13 Trustee
ecf@ch13decatur.com

Joseph George Pleva on behalf of Debtor Albert Gerald Torres

plevalaw@gmail.com

Joseph G. Pleva, deposes and says that on Friday, August 9, 2019, he served a copy of **MOTION FOR RECONSIDERATION PURSUANT TO FED R. BANKR. P 9014 OF THIS HONORABLE COURT'S July 18, 2019 ORDER DISMISSING CASE AND THIS PROOF OF SERVICE** in the above-captioned case upon all non-ECF recipients by First Class Mail – Postage Prepaid.


Dated:8/9/19                                    **/s/ Joseph G. Pleva**